Charcholla v Channel 13 News (2023 NY Slip Op 04890)

Charcholla v Channel 13 News

2023 NY Slip Op 04890

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, AND GREENWOOD, JJ.

736 CA 22-01160

[*1]DANIEL CHARCHOLLA, PLAINTIFF-APPELLANT,
v
CHANNEL 13 NEWS, ALSO KNOWN AS 13 WHAM, AND DEERFIELD MEDIA (ROCHESTER), INC., DEFENDANTS-RESPONDENTS. 

LAW FIRM OF AARON M. GAVENDA, ESQ., ROCHESTER (VIVEK J. THIAGARAJAN OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
BALLARD SPAHR LLP, NEW YORK CITY (JACQUELYN N. SCHELL OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Monroe County (Elena F. Cariola, J.), entered June 29, 2022. The order, inter alia, denied those parts of plaintiff's motion seeking to strike defendants' answer, seeking a default judgment, and seeking fees and costs. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court